IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HENRY APFELBACH,

      Appellant,

v.

SOUTH WALTON FIRE
DISTRICT/PREFERRED
GOVERNMENT CLAIMS
SOLUTIONS/PGCS

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2152

Opinion filed November 6, 2017.

An appeal from an order of the Judge of Compensation Claims.
Jonathan Walker, Judge.

Date of Accident:  April 23, 2016.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

George A. Helm, III, Lake Mary, for Appellees.


PER CURIAM.

      AFFIRMED.

WOLF, ROWE, and WINSOR, JJ., CONCUR.